IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMON MIKIANGELO BERRY, III,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. METCALFE,<br><br>　　　　Defendant.<br>_____ | No. C 09-2027 MMC (PR)<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME**<br><br>**(Docket No. 10)** |

　　　　GOOD CAUSE APPEARING, defendant's request for an extension of time to file a summary judgment or other dispositive motion is hereby GRANTED. Defendant shall file such motion no later than **March 31, 2010**. Within **thirty** days of the date the motion is filed, plaintiff shall file with the Court and serve on defendant's counsel opposition thereto. Defendant shall file a reply to plaintiff's opposition within **fifteen** days of the date such opposition is filed.

　　　　This order terminates Docket No. 10.

　　　　IT IS SO ORDERED.

DATED: January 5, 2010

_____
MAXINE M. CHESNEY
United States District Judge