United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMON MIKIANGELO BERRY, III,<br><br>             Plaintiff,<br><br>   v.<br><br>R. METCALFE,<br><br>             Defendant.<br>_____ | No. C 09-2027 MMC (PR)<br><br>**ORDER GRANTING DEFENDANT'S MOTIONS FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION, TO FILE DOCUMENTS UNDER SEAL, AND TO STAY DISCOVERY; GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO OPPOSE DISPOSITIVE MOTION; DIRECTIONS TO CLERK**<br><br>**(Docket Nos. 14, 22, 26, 27)** |

On May 8, 2009, plaintiff, a California prisoner incarcerated at Corcoran State Prison and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983. The Court addresses herein several motions filed by the respective parties to said action.

1. <u>Motions for Extensions of Time</u>

Good cause appearing,

a. Defendant's motion for an extension of time to file a motion for summary judgment or other dispositive motion is hereby GRANTED, and the motion for summary judgment filed by defendant on April 12, 2010 is deemed timely.

b. Plaintiff's motion for an extension of time to file opposition, styled as a "motion to vacate" the court-ordered deadline, is hereby GRANTED. Within **thirty** days of the date this order is filed, plaintiff shall file with the Court and serve on defendant's counsel opposition to defendant's motion for summary judgment. Defendant <u>shall</u> file a reply to

1 plaintiff's opposition within **fifteen** days of the date such opposition is filed.

2     2. <u>Motion to Stay Discovery</u>

3     Also pending before the Court is defendant's motion to stay discovery until the Court has ruled on the motion for summary judgment. Specifically, defendant requests that discovery be stayed because defendant has moved for qualified immunity. As a general rule, a district court should stay discovery until the issue of qualified immunity is resolved. <u>See</u> <u>Crawford-El v. Britton</u>, 523 U.S. 574, 598 (1998); <u>Harlow v. Fitzgerald</u>, 457 U.S. 800, 818 (1982). Accordingly, defendant's motion to stay discovery until the Court has ruled on the issue of qualified immunity, as raised in defendant's motion for summary judgment, is hereby GRANTED.

    3. <u>Motion for Sealing Order</u>

    Lastly, defendant moves the Court to review *in camera* and file under seal the "Confidential Declaration of S. Henley in Support of Defendant's Motion for Summary Judgment" and accompanying exhibit. Defendant contends the release of such documents, which include names of confidential sources and details regarding confidential investigations of violence at Salinas Valley State Prison, could endanger the safety and security of other inmates and officers, as well as that of the institution. The Court having reviewed the subject declaration and exhibit, and good cause appearing, defendant's motion is hereby GRANTED. As requested by defendant, <u>the Clerk of the Court shall file the documents under seal until the conclusion of this case and any appellate proceedings</u>, at which time counsel for defendant will request the return of the documents.

    This order terminates Docket Nos. 14, 22, 26 and 27.

    IT IS SO ORDERED.

DATED: June 29, 2010

_____
MAXINE M. CHESNEY
United States District Judge

2