IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMON MIKIANGELO BERRY, III, <br><br>                    Plaintiff, <br><br>      v. <br><br> R. METCALFE, <br><br>                    Defendant. | No. C 09-2027 MMC (PR) <br><br> **ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO OPPOSE SUMMARY JUDGMENT MOTION** <br><br> **(Docket No. 36)** |

Good cause appearing, plaintiff's motion for an extension of time is hereby GRANTED. Within **thirty** days of the date this order is filed, plaintiff shall file with the court and serve on defendant's counsel opposition to defendant's motion for summary judgment. Defendant <u>shall</u> file a reply to plaintiff's opposition within **fifteen** days of the date such opposition is filed.

This order terminates Docket No. 36.

IT IS SO ORDERED.

DATED: August 6, 2010

_____
MAXINE M. CHESNEY
United States District Judge