IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMON MIKIANGELO BERRY, III,<br><br>             Plaintiff,<br><br>   v.<br><br>R. METCALFE,<br><br>             Defendant. | No. C 09-2027 MMC (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE REPLY**<br><br>**(Docket No. 39)** |

GOOD CAUSE APPEARING, defendant's request for an extension of time to file a reply to plaintiff's opposition to defendant's motion for summary judgment is hereby GRANTED. Defendant shall file a reply no later than September 10, 2010. The summary judgment motion will be deemed submitted on the date the reply is due.

This order terminates Docket No. 29.

IT IS SO ORDERED.

DATED: August 25, 2010

_____
MAXINE M. CHESNEY
United States District Judge